# EXHIBIT A

## MARY MALIK

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | 98 Degrees | My Everything | Revelation | 270-025 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cowboy Take Me Away | Fly | 275-086 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| Arista Records LLC | Next | Wifey | Welcome II Nextasy | 284-980 |