

Kazaa - [Search]

| User | Filename | Artist | Size | Media type |
|---|---|---|---|---|
| BabyBoo@KaZaA | Silk -Freak Me.mp3 | Silk | 6,477KB | Audio |
| BabyBoo@KaZaA | 210-jol-lick-rns.mp3 | jol | 9,131KB | Audio |
| BabyBoo@KaZaA | Shai - If I Ever Fall In Love (remix).mp3 | Shai | 5,290KB | Audio |
| BabyBoo@KaZaA | Lincoln Park - 10 - Forgotten.mp3 | Linkin Park | 3,039KB | Audio |
| BabyBoo@KaZaA | Lincoln Park - Numb (1).mp3 | Lincoln Park | 4,394KB | Audio |
| BabyBoo@KaZaA | Lincoln Park - Faint (1).mp3 | Linkin Park | 3,802KB | Audio |
| BabyBoo@KaZaA | kmd210_en.exe | Sharman Networks Ltd | 3,974KB | Software |
| BabyBoo@KaZaA | Az Yet - Hard To Say I'm Sorry.mp3 | AzYet | 3,071KB | Audio |
| BabyBoo@KaZaA | lincoln park - Crawling In Your Skin.mp3 | Linkin Park | 3,260KB | Audio |
| BabyBoo@KaZaA | Hotel (Remix).mp3 | R.Kelly Ft. Cassidy | 6,408KB | Audio |
| BabyBoo@KaZaA | 99 Problems.mp3 | Jay-Z | 5,500KB | Audio |
| BabyBoo@KaZaA | 05 - Cant Nobody.mp3 | Kelly Rowland | 3,860KB | Audio |
| BabyBoo@KaZaA | Tupac Shakur feat.mp3 | Silk and Mya | 3,938KB | Audio |
| BabyBoo@KaZaA | 15-fabolous-damn-wcr.mp3 | Fabolous | 4,790KB | Audio |
| BabyBoo@KaZaA | BHIT | Toni Braxton | 3,555KB | |
| BabyBoo@KaZaA | kmd260_en.exe | Sharman Networks Ltd | 6,935KB | Software |
| BabyBoo@KaZaA | puff daddy - satisfy you.mp3 | Puff Daddy feat. R Kelly | 6,747KB | Audio |
| BabyBoo@KaZaA | Cassidy ft Mashonda.mp3 | CASSIDY | 2,756KB | Audio |
| BabyBoo@KaZaA | malik 1.kpl | Unknown | 2KB | |
| BabyBoo@KaZaA | new kids on the block - i'll be lovin' you(forever).mp3 | new kids on the block | 6,294KB | Audio |
| BabyBoo@KaZaA | RB - Mya Vs Aliyah.mp3 | Mya Aaliyah | 4,892KB | Audio |
| BabyBoo@KaZaA | Jessica Simpson ft. Lil Bow Wow - Irresistable (Remix).mp3 | lil bow wow | 2,505KB | Audio |
| BabyBoo@KaZaA | TLC - No Scrubs (Left Eye Rap Remix).mp3 | TLC | 5,509KB | Audio |
| BabyBoo@KaZaA | Jessica Simpson - Irrestible.mp3 | Jessica Simpson | 4,509KB | Audio |
| BabyBoo@KaZaA | Mariah Carey - Loverboy.mp3 | Mariah Carey | 3,121KB | Audio |
| BabyBoo@KaZaA | 2Pac - Thug Passion.mp3 | 2Pac | 7,211KB | Audio |
| BabyBoo@KaZaA | Jessica Simpson Nude (Best in the Land).jpg | Unknown | 65KB | Image |
| BabyBoo@KaZaA | mya-mood ring-fallen-03.mp3 | mya | 6,159KB | Audio |
| BabyBoo@KaZaA | JLo - my love dont cost a thing.mp3 | JLO | 3,472KB | Audio |

Found 456 files | 2,186,527 users online, sharing 493,857,563 files (44,859,892 GB) | Not sharing any files

Kazaa - [Search]

File View Playlists Tools Actions Help

My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| BabyBoo@KaZaA | JLo - my love dont cost a thing.mp3 | JLO | 3,472KB | Audio | my lov |
| BabyBoo@KaZaA | Jagged Edge Ft. Trina - I Got It.mp3 | Jagged Edge | 4,311KB | Audio | |
| BabyBoo@KaZaA | Save The Last Dance Soundtrack - Athena Cage - Live Your... | save the last dance | 3,529KB | Audio | |
| BabyBoo@KaZaA | LISS.kpl | 50 Cent | 4KB | | |
| BabyBoo@KaZaA | Monica - So Gone (1) (1).mp3 | Monica | 4,860KB | Audio | |
| BabyBoo@KaZaA | dance - MARAIH CAREY - MY ALL REMIX.mp3 | Mariah Carey | 3,910KB | Audio | |
| BabyBoo@KaZaA | JESSICA SIMPSON - Sweetest Sin (2).mp3 | Jessica Simpson | 5,682KB | Audio | Sweetest |
| BabyBoo@KaZaA | DJ Sammy - Heaven.mp3 | DJ Sammy | 5,428KB | Audio | |
| BabyBoo@KaZaA | Where My Girls At (Funkymix).mp3 | 702 | 4,574KB | Audio | |
| BabyBoo@KaZaA | Elliot Ness Yall Aint Ready.mp3 | Making The Band 2 | 3,668KB | Audio | |
| BabyBoo@KaZaA | Big Pun feat. next - I Still Love You (Remix).mp3 | Next feat. Big Pun | 4,286KB | Audio | I Stil |
| BabyBoo@KaZaA | Blaque - 808.mp3 | Blaque | 4,792KB | Audio | |
| BabyBoo@KaZaA | DJ Scribble - I need a miracle.mp3 | Techno | 3,983KB | Audio | |
| BabyBoo@KaZaA | 3LW-NoMore(BabyImGonnaDoRight).MP3 | 3LW | 4,164KB | Audio | No More(B |
| 2 Users | 12-always-bon jovi-this left feels right.mp3 | bon jovi | 3,856KB | Audio | |
| BabyBoo@KaZaA | rb - Monica - So Gone (Scumfrog Vocal Mix)(1).mp3 | 9 | 12,192KB | Audio | So Gone (Scur |
| BabyBoo@KaZaA | SoMeThInG HaPpEnD oN tHe WaY 2 HeAvEn.mp3 | Deborah Cox | 6,078KB | Audio | Something Ha |
| BabyBoo@KaZaA | MissingYou.mp3 | Tamia | 5,698KB | Audio | O |
| BabyBoo@KaZaA | 112 feat. Method Man - Na na na (Rmx).mp3 | 112 | 3,902KB | Audio | |
| BabyBoo@KaZaA | Trina - 100%.wma | Trina | 2,012KB | Audio | |
| BabyBoo@KaZaA | G-Unit ft Baby_Juvenile - Stunt 101 DJ Smallz remix.wma | 50 cent feat g unit | 696KB | Audio | |
| BabyBoo@KaZaA | Lil Romeo - My Baby .mp3 | Lil Romeo,3LW,Nick Cann... | 3,520KB | Audio | |
| BabyBoo@KaZaA | mya-fallen-mood.ring.mp3 | mya | 3,563KB | Audio | |
| BabyBoo@KaZaA | G-Unit Ft. Joe - I Wanna.mp3 | G-Unit Ft. Joe | 6,170KB | Audio | |
| BabyBoo@KaZaA | Jessica Simpson - With You.mp3 | jessica simpson. | 3,004KB | Audio | |
| BabyBoo@KaZaA | (christina aguilera) - come on over radio mix).mp3 | Christina Aguilera | 4,699KB | Audio | Come On Over |
| BabyBoo@KaZaA | Monica - Inside.mp3 | Monica | 3,943KB | Audio | |
| BabyBoo@KaZaA | LCat.kpl | Unknown | 2KB | | |
| BabyBoo@KaZaA | NSYNC, BSB, 98 Degress- Techno Mix.mp3 | *NSYNC, BSB, 98 DEGRE... | 9,796KB | Audio | |

[redacted]

Found 456 files | Not sharing any files

Kazaa - [Search]

File View Player Tools Options Help

Web My Kazaa Theater Search Traffic Shop Tell a Friend

New Search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| BabyBoo@KaZaA | NSYNC, BSB, 98 Degrees- Techno Mix.mp3 | *NSYNC, BSB, 98 DEGRE... | 9,796KB | Audio | |
| BabyBoo@KaZaA | young_gunz_feat.WMA | Young Gunz | 5,649KB | Audio | |
| BabyBoo@KaZaA | Reamonn - Supergirl.mp3 | EAMON | 3,583KB | Audio | |
| BabyBoo@KaZaA | Danas shit.kpl | Unknown | 0KB | | |
| BabyBoo@KaZaA | Lasgo - Alone.mp3 | Lasgo | 5,148KB | Audio | |
| BabyBoo@KaZaA | outkast ft. sleepy brown - I cant wait.mp3 | Outkast | 6,512KB | Audio | |
| BabyBoo@KaZaA | Stuntin'.kpl | Unknown | 2KB | | |
| BabyBoo@KaZaA | Everybody in the club getting tipsy.mp3 | J-Kwon | 4,530KB | Audio | |
| BabyBoo@KaZaA | 03-j-kwon-tipsy_(club_mix)-wcr.mp3 | J-Kwon | 5,633KB | Audio | |
| BabyBoo@KaZaA | Mariah Carey-Heartbreak Remix.WMA | Mariah Carey | 4,292KB | Audio | |
| BabyBoo@KaZaA | 05 - Honey.mp3 | Mariah Carey | 3,593KB | Audio | |
| BabyBoo@KaZaA | Mariah Carey - Always Be My Baby.mp3 | Maria | 4,029KB | Audio | |
| BabyBoo@KaZaA | Mariah Carey - Charmbracelet - 09 - You Had Your Chance... | Mariah Carey | 6,066KB | Audio | Yo |
| BabyBoo@KaZaA | Lasgo - Cry.mp3 | Lasgo | 3,660KB | Audio | |
| BabyBoo@KaZaA | -young_gunz_feat_chingy-cant_stop_wont_stop_(remix)... | Young Gunz | 5,113KB | Audio | Cant Stop Wo |
| BabyBoo@KaZaA | Frankee (Re Mix).mp3 | A | 5,016KB | Audio | Fra |
| BabyBoo@KaZaA | Tasty - Trick Me.mp3 | Kelis | 4,832KB | Audio | |
| BabyBoo@KaZaA | 05 luv me baby (2) (1).wma | Murphy Lee | 4,234KB | Audio | 05 l |
| BabyBoo@KaZaA | usher-confessions-burn.mp3 | Usher | 5,046KB | Audio | |
| BabyBoo@KaZaA | Teara Mari - Know How to make a Girl Feel.mp3 | 3 | 4,978KB | Audio | Know How |
| BabyBoo@KaZaA | Mariah Carey.kpl | Unknown | 1KB | | |
| BabyBoo@KaZaA | 2pac-112-ghetto_star.mp3 | 2pac-112-ghetto_star | 5,970KB | Audio | |
| BabyBoo@KaZaA | 02 - Naughty Girl.mp3 | Beyonce Knowles | 4,892KB | Audio | |
| BabyBoo@KaZaA | 13-Yes Or No.mp3 | Jojo | 4,566KB | Audio | |
| BabyBoo@KaZaA | Baby I love you (Remix).mp3 | J Lo and R Kelly | 3,539KB | Audio | Baby |
| BabyBoo@KaZaA | Sarah Connor_SARAH CONNOR_BOUNCE-xmk.mp3 | Sarah Connor | 7,562KB | Audio | |
| BabyBoo@KaZaA | Ryan Duarte- You.mp3 | Ryan Duarte | 7,288KB | Audio | |
| BabyBoo@KaZaA | 01_Im_A_Soldier_Ft._50_Cent-quick.mp3 | Young Buck | 3,556KB | Audio | 01_Im_A_Soldier_ |
| BabyBoo@KaZaA | ghost.mp3 | case feat. ghostface | 4,603KB | Audio | Sh |

Found 456 files | 2,306,527 users online sharing 493,887,568 files (44,889,932 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| BabyBoo@KaZaA | ghost.mp3 | case feat. ghostface | 4,803KB | Audio | She |
| BabyBoo@KaZaA | Loyd Banks-If I could go(Freestyle).mp3 | Lloyd Banks | 3,411KB | Audio | |
| BabyBoo@KaZaA | kevin little - turn me on (remix) (2) (1).mp3 | New Found Glory | 3,796KB | Audio | kevin little - turn m |
| BabyBoo@KaZaA | Jenna Jameson Super Fuck_0.mpg | porn | 3,165KB | Video | Jenna Jam |
| BabyBoo@KaZaA | mya_ft_chingy-fallen_rmx-mob.mp3 | mya ft chingy | 4,563KB | Audio | |
| BabyBoo@KaZaA | Dressing Room Sex 2 of 2.wmv | Unknown | 2,077KB | Video | Dressi |
| BabyBoo@KaZaA | Misteeq - Scandalous.mp3 | Misteeq | 6,498KB | Audio | |
| BabyBoo@KaZaA | Mariah Carey Feat. Styles P_Jadakiss - We Belong Toget... | Mariah Carey | 4,074KB | Audio | We Belon |
| BabyBoo@KaZaA | Nelly_Jahiem - My Place.mp3 | Nelly | 7,036KB | Audio | Nelly |
| BabyBoo@KaZaA | 02 Karma.wma | Alicia Keys | 4,047KB | Audio | |
| BabyBoo@KaZaA | keisha_feat.mp3 | Keyshia Cole | 5,115KB | Audio | |
| BabyBoo@KaZaA | Hopeful.wma | Twista ft. Faith Evans | 4,000KB | Audio | |
| BabyBoo@KaZaA | Ashanti - Only U (1).mp3 | Ashanti | 3,340KB | Audio | |
| BabyBoo@KaZaA | 18 Wonderful ft. Ashanti_R.mp3 | Ja Rule | 5,557KB | Audio | 18 Wonc |
| BabyBoo@KaZaA | destiny's child - soldier.mp3 | Destinys Child | 3,797KB | Audio | |
| BabyBoo@KaZaA | Mario - Let Me Love You.mp3 | Mario | 5,780KB | Audio | |
| BabyBoo@KaZaA | JA RuLe - NeW YoRK.wma | Ja Rule | 5,081KB | Audio | |
| BabyBoo@KaZaA | Destiny's Child - Say My Name.mp3 | Destinys Child | 4,226KB | Audio | |
| BabyBoo@KaZaA | faith evans - I'll Never Let You Go.mp3 | Amanda Perez | 4,050KB | Audio | |
| BabyBoo@KaZaA | Mario Winans ft.wma | Mario Winans ft. Foxy Br... | 2,598KB | Audio | |
| BabyBoo@KaZaA | Da Band - Tonight.mp3 | Da Band | 5,910KB | Audio | |
| BabyBoo@KaZaA | kazaa300_en.exe | Sharman Networks Ltd | 10,422KB | Software | |
| BabyBoo@KaZaA | kazaa300_en (1).exe | Sharman Networks Ltd | 10,781KB | Software | |
| BabyBoo@KaZaA | jennifer lopez ft fat joe - hold you down(remix).mp3 | Jennifer Lopez | 4,518KB | Audio | hol |
| BabyBoo@KaZaA | its like that.mp3 | mariah carey | 4,810KB | Audio | |
| BabyBoo@KaZaA | omarion - o.mp3 | Omarion | 6,659KB | Audio | |
| BabyBoo@KaZaA | 09 Get In My Car.mp3 | 50 Cent | 4,206KB | Audio | |
| BabyBoo@KaZaA | Baby Bash_Akon - Im Back.MP3 | Baby Bash | 5,345KB | Audio | Baby Ba |
| BabyBoo@KaZaA | keyshia cole - love.mp3 | Keyshia Cole | 5,092KB | Audio | |

Not sharing any files

Kazaa - [Search]

File View Player Tools Activity Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New Search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| BabyBoo@KaZaA | keyshia cole - love.mp3 | Keyshia Cole | 5,092KB | Audio | |
| BabyBoo@KaZaA | candyshopremix.wma | 50cent feat. MH_Olivia | 4,206KB | Audio | |
| BabyBoo@KaZaA | Keyshia Cole ft. Eve-Never.mp3 | Keyshia Cole Ft. Eve | 5,739KB | Audio | |
| BabyBoo@KaZaA | "DHT - Listen to your heart.mp3 | DHT | 4,930KB | Audio | Listen to |
| BabyBoo@KaZaA | Nivea Feat Lil Jon - OK.mp3 | Nivea Ft Lil John | 4,440KB | Audio | |
| BabyBoo@KaZaA | Obsesion - Baby Bash.mp3 | Baby Bash | 3,290KB | Audio | |
| BabyBoo@KaZaA | 02-eminem_dmx_obie_trice-go_to_sleep-rns.mp3 | eminem | 6,611KB | Audio | |
| BabyBoo@KaZaA | Justin Timberlake Ft. 50 Cent- Cry Me A River (Remix).mp3... | Justin Timberlake / 50 Ge... | 7,317KB | Audio | Cry |
| BabyBoo@KaZaA | Exscape - Understanding.mp3 | Exscape | 5,317KB | Audio | |
| BabyBoo@KaZaA | Field Mob feat. YB_Trina - Sick Of Being Lonely Remix.mp3 | Field Mob Ft. Trina | 9,024KB | Audio | Sick Of Be |
| BabyBoo@KaZaA | 48 (1).mp3 | Nelly ft. Lil' Kim_Kelly R. | 8,546KB | Audio | |
| BabyBoo@KaZaA | The Murderers feat. Ja Rule, Vita, Ashanti, Charlie Baltimo... | The Murderers | 4,734KB | Audio | Down 4 |
| BabyBoo@KaZaA | Ashanti feat. Crooked I - Baby (Remix).mp3 | Ashanti | 6,873KB | Audio | |
| BabyBoo@KaZaA | jagged edge - i got it ft. nas (remix).mp3 | Jagged Edge | 3,129KB | Audio | |
| BabyBoo@KaZaA | Genuine Ft. Baby-Hell Ya.mp3 | Ginuwine | 5,132KB | Audio | |
| BabyBoo@KaZaA | Something For The People - My Love Is The Shhh.mp3 | SFP feat Trina_Tamara | 4,840KB | Audio | My |
| BabyBoo@KaZaA | Jagged Egde_Run DMC - lets get married (remix) (2).mp3 | Jagged Edge | 3,476KB | Audio | Let's Get Marrie |
| BabyBoo@KaZaA | Jagged Edge - Promise.mp3 | Jagged Edge | 3,866KB | Audio | |
| BabyBoo@KaZaA | All Vegas- The Apology.mp3 | 50 Cent | 2,522KB | Audio | The Apol |
| BabyBoo@KaZaA | Mario ft jadakiss.mp3 | Mario ft Jadakiss | 2,483KB | Audio | Let |
| BabyBoo@KaZaA | Joe ft. Jadakiss - I Want A Girl Like You [yillo.de].mp3 | Joe ft. Jadakiss | 5,610KB | Audio | I Want |
| BabyBoo@KaZaA | Lil' Kim - The Jumpoff feat. Timbaland_Mr. Cheeks.mp3 | Lil' Kim | 5,595KB | Audio | The Jumpoff feat. Ti |
| BabyBoo@KaZaA | 50 Cent ft. 702 - In Da Club (CN REMIX).mp3 | 50 Cent | 6,460KB | Audio | |
| BabyBoo@KaZaA | LL Cool J - Love You Better (1) (1).mp3 | LL Cool J | 6,704KB | Audio | |
| BabyBoo@KaZaA | R Kelly_Notorius BIG - I'm Fuckin you tonight.mp3 | R. Kelly_Notorius BIG | 5,399KB | Audio | I'm |
| BabyBoo@KaZaA | Trina_ICU Feat Ludacris.mp3 | Trina | 3,776KB | Audio | |
| BabyBoo@KaZaA | IMX - Stay The Night (1).mp3 | IMX | 5,116KB | Audio | |
| BabyBoo@KaZaA | LL Cool J (Featuring Amerie) - Paradise.mp3 | LL Cool J | 6,447KB | Audio | |
| BabyBoo@KaZaA | Next - Wifey.mp3 | Next | 3,783KB | Audio | |

Found 456 files 2,286,592 users online, sharing 492,887,564 files (4,889,592 GB) Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| BabyBoo@KaZaA | Next - Wifey.mp3 | Next | 3,763KB | Audio | |
| BabyBoo@KaZaA | Sean Paul - Get Busy (Diwali Riddim).mp3 | Sean Paul | 5,035KB | Audio | |
| BabyBoo@KaZaA | willa ford - i wanna be bad.mp3 | Willa Ford | 3,020KB | Audio | |
| BabyBoo@KaZaA | haha.mp3 | Frankee | 4,728KB | Audio | F.U.R |
| BabyBoo@KaZaA | big pun - jennifer lopez ft fat joe fe.mp3 | jennifer lopez | 7,668KB | Audio | jennifer lopez ft fat |
| BabyBoo@KaZaA | Eminem vs Busta vs Jay-Z - Big Pimpin remix (unreleased a… | Eminem, 50 Cent, Obie … | 4,687KB | Audio | Big Pimpin Remix (Un |
| BabyBoo@KaZaA | 1 I Need a Girl CN REMIX.mp3 | Fatman Scoop ft, Dani | 7,201KB | Audio | |
| BabyBoo@KaZaA | Notorius Biggie Smalls - Sky Is the Limit.mp3 | biggy smalls ft 112 | 3,883KB | Audio | |
| BabyBoo@KaZaA | Frankie J - Don't Wanna Try.mp3 | Frankie J | 6,466KB | Audio | |
| BabyBoo@KaZaA | 11-fabolous-into_you_ft_ashanti-wcr.mp3 | Fabolous, | 6,435KB | Audio | I |
| BabyBoo@KaZaA | JENNIFER LOPEZ ft.mp3 | J.Lo feat, LL Cool J | 3,978KB | Audio | J. Lo and |
| BabyBoo@KaZaA | Gangsta Lean - this is for my homies.mp3 | Gangsta Lean | 5,079KB | Audio | Gangsta L |
| BabyBoo@KaZaA | Lil Kim - Don't Want Dick Tonight (Eat My Pussy Right).mp3 | Lil' Kim | 4,206KB | Audio | Don't Want Dick Tonight (E |
| BabyBoo@KaZaA | Biggie and Lil Kim- Crush on You.mp3 | Lil Cease_Lil Kim | 3,344KB | Audio | |
| BabyBoo@KaZaA | 12-Lil Kim - Magic Stick (1).mp3 | 50 Cent | 5,504KB | Audio | Magi |
| BabyBoo@KaZaA | Dixie Chicks - Cowboy Take Me Away.mp3 | Dixie Chicks | 4,495KB | Audio | Cow |
| BabyBoo@KaZaA | 50 Cent - In Da Club (beyonce remix).mp3 | Copy of 50 Cent | 3,063KB | Audio | In the Cl |
| BabyBoo@KaZaA | Mike Jones - Scandalous Hoes.mp3 | Mike Jones | 6,737KB | Audio | Scandalous H |
| BabyBoo@KaZaA | Aliya feat Genuine - One In A Million RMX.mp3 | Aaliyah F/ Ginuwine | 4,850KB | Audio | One |
| BabyBoo@KaZaA | Linkin Park-Somewhere I Belong (1).mp3 | Lincoln Park | 5,007KB | Audio | S |
| BabyBoo@KaZaA | Mya - Fallen.mp3 | Mya | 5,030KB | Audio | |
| BabyBoo@KaZaA | Jessica Simpson - I Think I'm In Love With You.mp3 | Jessica Simpson | 4,664KB | Audio | |
| BabyBoo@KaZaA | CRAZY WIERD HIP HOP MIX-SHYNE,CAMRON,EMINEM,ALI… | 112 | 6,732KB | Audio | SHYNE,CAMRON,EMINEM,ALIYA |
| BabyBoo@KaZaA | 2pac - me and my girlfriend (remix).mp3 | 50 Cent | 4,122KB | Audio | me and |
| BabyBoo@KaZaA | 06-busta_rhymes_ft_mariah_carey_and-i_know_what_yo… | busta rhymes ft mariah ca.. | 6,011KB | Audio | I kn |
| BabyBoo@KaZaA | Lil Kim-Hardcore - 02 - Big Mamma Thang (Featuring Jay Z)… | Lil' Kim | 4,017KB | Audio | Big Mamma Than |
| BabyBoo@KaZaA | Ashanti feat. Charli Baltimore, C.O., Merc - Happy(remix… | Ashanti | 3,562KB | Audio | Happy (Rer |
| BabyBoo@KaZaA | 50 Cent-Skit 3(Ja Rule Diss).mp3 | 09-g_unit-skit_3_ja_diss | 1,242KB | Audio | New 50 |
| BabyBoo@KaZaA | Natalie Cole - Our Love.mp3 | 3 | 5,104KB | Audio | |

Found 456 files

Kazaa - [Search]

File View Player Tools Actions Help

Search Traffic Shop Tell A Friend

New search Download Search field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| BabyBoo@KaZaA | Natalie Cole - Our Love.mp3 | 3 | 5,104KB | Audio | |
| BabyBoo@KaZaA | Madonna_-_like a prayer.mp3 | Madonna | 5,473KB | Audio | |
| BabyBoo@KaZaA | Aaliyah - If Your Girl Only Knew.mp3 | Aaliyah | 4,546KB | Audio | |
| BabyBoo@KaZaA | 50 Cent - Ja Rule.mp3 | Murda Inc. | 3,601KB | Audio | Loose C |
| BabyBoo@KaZaA | 50 Cent Eminem Busta Rhymes - Hail Mary 2003 (Ja Ru... | 50 Cent Eminem Bust... | 4,949KB | Audio | Hail Ma |
| BabyBoo@KaZaA | Eminem Feat. 2pac (Unreleased).mp3 | Eminem | 3,318KB | Audio | Feat |
| BabyBoo@KaZaA | 50 Cent ft Lloyd Banks, Young buck - Get On Yo Knees.mp3 | 50 Cent ft. G Unit | 4,309KB | Audio | Baby |
| BabyBoo@KaZaA | 2pac, Biggie, Black Rob, Little Kim - Tupac Diss! - Trust Me!... | Biggie, Lil Kim, Black Rob | 3,749KB | Audio | Tupac Diss ( |
| BabyBoo@KaZaA | 50 Cent - Ja Rule Diss.mp3 | Murder inc | 3,557KB | Audio | 50 Cent |
| BabyBoo@KaZaA | 2pac-the_realest_killaz_ft_50_cent.mp3 | TuPac Feat 50 CeNt | 3,433KB | Audio | |
| BabyBoo@KaZaA | Thalia - I Want You (f. Fat Joe).mp3 | Thalia ft. Fat Joe | 4,903KB | Audio | |
| BabyBoo@KaZaA | Dixie Chicks - Landslide (album version).mp3 | Dixie Chicks | 3,605KB | Audio | |
| BabyBoo@KaZaA | Eminem VS 2pac VS DMX VS Busta Rhymes VS LL Cool J VS ... | Eminem VS 2pac VS DMX ... | 630KB | Audio | Eminem VS 2pac VS DMX VS Busta |
| BabyBoo@KaZaA | 112 - 11 - Sweet Love (1).mp3 | 112 | 5,101KB | Audio | |
| BabyBoo@KaZaA | tupac - hell raiser.mp3 | Tupac | 3,984KB | Audio | |
| BabyBoo@KaZaA | Tupac - Me And My Girlfriend (1).mp3 | Tupac | 4,816KB | Audio | |
| BabyBoo@KaZaA | 04-akon_ft_styles_p-locked_up_rmx-wcr.mp3 | Akon Ft Styles P | 4,776KB | Audio | |
| BabyBoo@KaZaA | Jay-z - Feelin it.mp3 | Jay-Z | 3,572KB | Audio | |
| BabyBoo@KaZaA | 112 Feat Aaliyah Memphis Bleek - Peaches and Cream (R... | 112 Ft Aaliyah Memphis... | 1,531KB | Audio | Peaches |
| BabyBoo@KaZaA | Monica Featuring 112 - Right Here Waiting.mp3 | Monica featuring 112 | 4,198KB | Audio | |
| BabyBoo@KaZaA | 2pac-I rather be ya niggah.mp3 | TuPac, Eminem, Ice Cube,... | 3,964KB | Audio | |
| BabyBoo@KaZaA | Tu PAC BIGGIE SMALLS - Lets get it on (unheard and un... | 50 Cent ft. Eminem DC | 3,816KB | Audio | Lets get it on (unh |
| BabyBoo@KaZaA | linkin park - In the End (Remix).mp3 | Linkin Park (Remixed By J... | 5,071KB | Audio | |
| BabyBoo@KaZaA | Mya - Case Of The Ex.mp3 | Mya | 1,782KB | Audio | |
| BabyBoo@KaZaA | 10. She dont love you.mp3 | Lil Kim | 2,543KB | Audio | |
| BabyBoo@KaZaA | Jarule - Life ain't a game.mp3 | Ja Rule ft. Ashanti | 2,544KB | Audio | |
| BabyBoo@KaZaA | Kelly Rowland Feat Joe Budden - Make You Wanna Stay.m... | Kelly Rowland feat. Joe B... | 3,897KB | Audio | |
| BabyBoo@KaZaA | Juvenile-Slow Motion.wma | Juvenile | 5,866KB | Audio | |
| BabyBoo@KaZaA | Fabolous feat. Lil Mo' - Can't Let You Go.mp3 | Fabolous Feat Mike Shore... | 5,284KB | Audio | |

Found 458 files | 2,188,527 users online, sharing 493,857,560 files (44,869,392 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New Search Download Search Help

| User | Filename | Artist | Size | Media Type | [illegible] |
|---|---|---|---|---|---|
| BabyBoo@KaZaA | Fabolous feat. Lil Mo - Can't Let You Go.mp3 | Fabolous Feat Mike Shore... | 5,284KB | Audio | |
| BabyBoo@KaZaA | Dashboard Confessional - So Impossible EP - Hands Down.... | Dashboard Confessional | 2,936KB | Audio | |
| BabyBoo@KaZaA | Beyoncé Knowles - Baby Boy (ft. Sean Paul).mp3 | Beyoncé Knowles | 5,362KB | Audio | Baby |
| BabyBoo@KaZaA | 02-amanda_perez-angel_hot_remix-xxl.mp3 | Amanda Perez | 6,681KB | Audio | |
| BabyBoo@KaZaA | Rocky Soundtrack - The Final Countdown.mp3 | a | 4,830KB | Audio | Th |
| BabyBoo@KaZaA | Pour Some Sugar On Me (Live).mp3 | Def Leppard | 5,965KB | Audio | Pour Some |
| BabyBoo@KaZaA | Eminem feat. 50 Cent and Nate Dogg - Till I Collapse (Remi... | Eminem, 50 Cent, Nate D... | 6,021KB | Audio | Till |
| BabyBoo@KaZaA | kaci - just an old boyfriend.mp3 | Kaci | 3,031KB | Audio | Ju |
| BabyBoo@KaZaA | Dru_Hill___I_Should_Be...mp3 | Dru Hill | 4,392KB | Audio | |
| BabyBoo@KaZaA | 07-ashanti_feat._prymtyme-rock_with_you_(remix)-fua.m... | Ashanti Feat. Prymtyme | 3,741KB | Audio | Roc |
| BabyBoo@KaZaA | 50 Cent - thug love(remix)(feat Eminem,Erick Sermon_De... | 50 Cent | 3,744KB | Audio | Thug Love Remix f/ Eminem, Eric S |
| BabyBoo@KaZaA | Nas, Escobar, Foxy Brown, AZ_Nature - 11 - Untouchabl... | Nas Escobar, Foxy Brown... | 1,097KB | Audio | |
| BabyBoo@KaZaA | 50 Cent - Freestyle (I Need A Girl 2).mp3 | 50 cent ft Lloyd Banks ... | 5,270KB | Audio | I Nee |
| BabyBoo@KaZaA | 50 cent feat. sean paul-shoot em up.mp3 | 50 Cent ft Sean Paul | 2,414KB | Audio | |
| BabyBoo@KaZaA | B2K ft P. Diddy - Bump.wma | B2K ft P. Diddy and 50 C... | 1,364KB | Audio | 50 Cent remix |
| BabyBoo@KaZaA | Frankie J - Sugar Sugar (1) (1).mp3 | Baby Beesh_Frankie J | 3,444KB | Audio | |
| BabyBoo@KaZaA | 18-lil_mo_ft_fabolous-4_ever-whoa.mp3 | Lil Mo feat Fabolous | 6,291KB | Audio | |
| BabyBoo@KaZaA | 04-toni_braxton_ft_irv_gotti-no_more_love-wcr.mp3 | Toni Braxton Ft Irv Gotti | 3,411KB | Audio | |
| BabyBoo@KaZaA | Ashanti - Rock Wit U (MJ Remix) 100 BPM.mp3 | Ashanti | 5,465KB | Audio | Rock With U (M |
| BabyBoo@KaZaA | 10-freeway_ft_50_cent_nore-wishin_on_a_star_(lantern_... | 50 Cents | 3,132KB | Audio | Wishin |
| BabyBoo@KaZaA | 01-toni_braxton_ft_makaveli-me_and_my_boyfriend-osc.... | Toni Braxton Ft Makaveli | 5,144KB | Audio | M |
| BabyBoo@KaZaA | Firm - Executive Decisions.mp3 | Nas Escobar, Foxy Brown... | 3,488KB | Audio | |
| BabyBoo@KaZaA | Beyonce Knowles - Crazy In Love [f. Jay-Z].mp3 | Beyoncé Knowles | 5,572KB | Audio | Crazy |
| BabyBoo@KaZaA | the firm - hardcore.mp3 | Nas Escobar, Foxy Brown... | 3,907KB | Audio | |
| BabyBoo@KaZaA | 50 Cents_Tony Yayo_Loyd Bank.F reestyle Benjamin be... | DJ Funkmaster Flex | 1,868KB | Audio | 02-Hot 97-G-U |
| BabyBoo@KaZaA | tony yayo-mind playing tricks.mp3 | Tony Yayo G Unit | 2,610KB | Audio | |
| BabyBoo@KaZaA | lil jon ft. mystikal_krazie - I don't give a f....MP3 | Lil John and Eastside Boys | 3,794KB | Audio | |
| BabyBoo@KaZaA | Love @ 1st Sight - Mary J.Blige feat. Method Man.mp3 | Mary J. Blige feat. Meth | 6,636KB | Audio | |
| BabyBoo@KaZaA | Lil Jon And The Eastside Boyz - Get Low - (featuring Ying Y... | Lil John_The Eastside B... | 6,528KB | Video | Get Low - (featurin |
| [illegible] | [illegible] | [illegible] | [illegible] | Audio | |

Found 498 files

[illegible] online, sharing [illegible] files ([illegible]) Not sharing any files

Kazaa - [Search]

File View Player Tools Options Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search fields

| User | Filename | Artist | Size | Media Type | Title |
|---|---|---|---|---|---|
| BabyBoo@KaZaA | Lil Jon And The Eastside Boyz - Get Low - (featuring Ying Y… | Lil John_The Eastside B… | 8,526KB | Video | Get Low - (featur |
| BabyBoo@KaZaA | 20-50_cent__tony_yayo__llyod_banks-ching_ching-ego.m… | 50 Cent | 2,964KB | Audio | |
| BabyBoo@KaZaA | shake your tail feathers.mp3 | Nelly ft. P. Diddy, Murphy … | 5,068KB | Audio | Sh |
| BabyBoo@KaZaA | Mariah Carey ft Bone thugs-n-harmony - Breakdown (Reml… | Bone Thugs 'N Harmony | 4,658KB | Audio | |
| BabyBoo@KaZaA | E40, Dru Hill-I Got Five on It (Rmx).mp3 | 50 cents feat. eminem_… | 3,502KB | Audio | I Got F |
| BabyBoo@KaZaA | Young Gunz - Cant Stop, Wont Stop remix.mp3 | Young Gunz feat. Jay Z | 4,029KB | Audio | Can't Stop |
| BabyBoo@KaZaA | Biggie feat. Lil Kim-Another Bitch.mp3 | Biggie Smalls | 4,021KB | Audio | Anothe |
| BabyBoo@KaZaA | Chingy - Right Thurr (Remix).mp3 | Chingy Ft. Trina, J.D. | 4,186KB | Audio | |
| BabyBoo@KaZaA | Dream- This is me(remix).mp3 | Dream | 3,920KB | Audio | This is Me |
| BabyBoo@KaZaA | Ashanti- Rock Wit U (Remix).mp3 | Ashanti | 5,220KB | Audio | Rock With You |
| BabyBoo@KaZaA | Matchbox 20 - Push (Acoustic).mp3 | Matchbox 20 | 4,137KB | Audio | |
| BabyBoo@KaZaA | Lil Jon And The Eastside Boyz - Get Low (ft Ying Yang).mp3 | Lil Jon and The Eastside B… | 7,830KB | Audio | Get Low (f |
| BabyBoo@KaZaA | 50 Cent - Face Down (1).mp3 | Tony Yayo Ft. 50 Cent | 2,525KB | Audio | |
| BabyBoo@KaZaA | devine, lately.mp3 | Divine | 4,426KB | Audio | |
| BabyBoo@KaZaA | 01-dashboard_confessional-h.mp3 | Dashboard Confessional | 4,360KB | Audio | |
| BabyBoo@KaZaA | 18 - Kelis Feat Nas - Popular Thug.mp3 | Neptunes | 5,539KB | Audio | |
| BabyBoo@KaZaA | 50 Cents ft Lloyd Banks_Tony Yayo - Bad News.mp3 | 50 Cent ft Tony Yayo | 4,040KB | Audio | |
| BabyBoo@KaZaA | dmx vs black rob vs ruff ryders-whoa remix(unreleased an… | Ruff Ryders, Ludacris | 4,023KB | Audio | whoa remix(ur |
| BabyBoo@KaZaA | Play - Cinderella.mp3 | Cheetah Girls | 3,405KB | Audio | |
| BabyBoo@KaZaA | ashanti-16-dreams-(MP3 - 4 - LIFE).mp3 | Ashanti | 4,042KB | Audio | |
| BabyBoo@KaZaA | 05-dmx-where_the_hood_at-whoa.mp3 | DMX | 6,648KB | Audio | |
| BabyBoo@KaZaA | 03-j_lo_feat._joe_budden-the_one_remix-wcr.mp3 | J Lo feat. Joe Budden | 4,893KB | Audio | |
| BabyBoo@KaZaA | Tamia and Fabolous-So Ito2 U(remix).mp3 | tamia and fabolous | 6,429KB | Audio | |
| BabyBoo@KaZaA | 02-angie_martinez_ft_kelis-take_you_home_(album_versi… | Angie Martinez ft Kelis | 5,619KB | Audio | Take You Ho |
| BabyBoo@KaZaA | IMX vs DMX - Stay the Night (Remix).mp3 | IMx f/ DMX | 3,018KB | Audio | Stay |
| BabyBoo@KaZaA | DMX-Who We Be.mp3 | DMX | 3,979KB | Audio | |
| BabyBoo@KaZaA | Silky Fine - Its Like Romeo_Juliet.mp3 | Silk-E Fyne | 4,281KB | Audio | |
| BabyBoo@KaZaA | D12 - Devil's Night - Track 13.mp3 | D-12 | 5,610KB | Audio | |
| BabyBoo@KaZaA | gunit-explosion-4hm.mp3 | Tony Yayo ft. 50 Cent | 3,867KB | Audio | Eye |

Found 458 files | 2,188,527 users online sharing 493,897,588 files (44,869,392 GB)

Kazaa - [Search]

File View Player Tools Actions Help

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| BabyBoo@KaZaA | gunit-explosion-4hm.mp3 | Tony Yayo ft. 50 Cent | 3,867KB | Audio | Eye Fo |
| BabyBoo@KaZaA | Mighty DBlock.mp3 | Jada, Styles, J Hood, Sh... | 6,140KB | Audio | Mig |
| BabyBoo@KaZaA | jessica02-[My-Albums.com].mp3 | Jessica Simpson | 3,550KB | Audio | |
| BabyBoo@KaZaA | RB-112-Only You-Ft Biggie_Mase.mp3 | 112 f. Notorious BIG, Ma... | 4,494KB | Audio | |
| BabyBoo@KaZaA | Notorious Big ft. Bone Thugs -n- Harmony - Lets Ride.mp3 | BIGGIE_BONE | 5,008KB | Audio | |
| BabyBoo@KaZaA | 112 - Part III - It's Over Now (feat. G-Dep_Shyne)[remix]... | 112 | 4,152KB | Audio | [ |
| BabyBoo@KaZaA | Leann Rimes - I need u.mp3 | Leanne Rhymes | 3,574KB | Audio | |
| BabyBoo@KaZaA | 112 feat. Shyne, Lil Z - Anywhere (Bad Boy Remix).mp3 | 112 feat. Shyne, Lil Zane | 4,328KB | Audio | |
| BabyBoo@KaZaA | Nick Lachey- This I Swear.mp3 | Nick Lachey | 4,281KB | Audio | |
| BabyBoo@KaZaA | 13-bubba_sparxx-deliverance-0mni.mp3 | Bubba Sparks | 7,576KB | Audio | |
| BabyBoo@KaZaA | Porno - [Very Tight Pussy].mpg | Porno | 2,541KB | Video | Daughter Fuckin |
| BabyBoo@KaZaA | Monica feat Magic - Street Symphony (Remix).mp3 | Monica | 4,900KB | Audio | Street |
| BabyBoo@KaZaA | Jessica Simpson and Nick Lachey - Where You Are.mp3 | Jessica Simpson | 4,234KB | Audio | |
| BabyBoo@KaZaA | Brandy_Monica - The boy is mine.mp3 | Brandy_Monica | 3,672KB | Audio | |
| BabyBoo@KaZaA | 10yo_preteen_raped (incest Kiddy Fucking) (1).jpg | Scarry Larry | 39KB | Image | |
| BabyBoo@KaZaA | You Know What I Want.wma | 50 Cent feat Eminem | 3,848KB | Audio | You |
| BabyBoo@KaZaA | monica-06-knock_knock-whoa.mp3 | Monica | 6,056KB | Audio | |
| BabyBoo@KaZaA | TLC - Silly Hoe.mp3 | TLC | 3,934KB | Audio | |
| BabyBoo@KaZaA | Lil' Kim TLC_Missy Eliot - Ladies Night.mp3 | Lil' Kim TLC_Missy Eliot | 4,111KB | Audio | |
| BabyBoo@KaZaA | ashanti_ft._cnn-rain_on_me_(remix).mp3 | Ashanti Feat. CNN | 6,318KB | Audio | |
| BabyBoo@KaZaA | 08-monica-aint_gonna_cry_no_more-rns.mp3 | Monica | 5,875KB | Audio | 08. Ain't ( |
| BabyBoo@KaZaA | Big Pun - Its So Hard.mp3 | Big Punisher | 4,850KB | Audio | |
| BabyBoo@KaZaA | monica-02-get_it_off-whoa.mp3 | Monica | 6,079KB | Audio | |
| BabyBoo@KaZaA | Monica - Track 09 - Take Him Back.mp3 | Monica | 4,143KB | Audio | |
| BabyBoo@KaZaA | Monica - 03 - U Should've Known - simplemp3s.mp3 | Monica | 6,052KB | Audio | |
| BabyBoo@KaZaA | 05 - Monica - Dont Gotta Go Home Feat Dmx.mp3 | Monica | 5,516KB | Audio | Don't Gotta |
| BabyBoo@KaZaA | 04 - Solange With Murphy Lee - Thinking About You - music... | Solange With Murphy Lee | 3,820KB | Audio | Thinking Abo |
| BabyBoo@KaZaA | Jessica Simpson_Irresistable 05_What's It Gonna Be.mp3 | Jessica Simpson | 4,401KB | Audio | |
| BabyBoo@KaZaA | monica-after the storm-that's my man-.mp3 | monica | 6,431KB | Audio | |

[redacted]

Kazaa - [Search]

| User | Filename | Artist | Size | Media Type | Title |
|---|---|---|---|---|---|
| BabyBoo@KaZaA | monica-after the storm-that's my man-.mp3 | monica | 6,431KB | Audio | |
| BabyBoo@KaZaA | Averil Levine - I'm With You.MP3 | Avril Lavigne | 3,499KB | Audio | |
| BabyBoo@KaZaA | 98 Degrees - My Everything.mp3 | 98 Degrees | 4,190KB | Audio | |
| BabyBoo@KaZaA | Da Band feat. Elliot Ness - Gangsta Gangsta - Dj Delz.mp3 | Making The Band 2 | 2,667KB | Audio | Gangsta |
| BabyBoo@KaZaA | Total ft. Biggy Smalls - Can't You See.mp3 | Total feat Notorious BIG | 4,521KB | Audio | |
| BabyBoo@KaZaA | Notorious Big - One More Chance (Remix).mp3 | Notorious B.I.G. Feat. To... | 4,342KB | Audio | One M |
| BabyBoo@KaZaA | Mariah Carey, Jermaine Dupri - Sweetheart.mp3 | JD feat. Mariah Carey | 4,442KB | Audio | |
| BabyBoo@KaZaA | Monica feat. Outkast - Gonna be Fine.mp3 | Monica feat. Outkast | 4,008KB | Audio | |
| BabyBoo@KaZaA | Lincoln Park - Somewhere I Belong.mp3 | Lincoln Park | 5,879KB | Audio | |
| BabyBoo@KaZaA | 98 Degrees - If She Only Knew.mp3 | 98 degrees | 4,206KB | Audio | |
| BabyBoo@KaZaA | 112 F. Lil Kim - The Only One.mp3 | 112 | 4,136KB | Audio | |
| BabyBoo@KaZaA | Monica - The First Night (So So Def Remix Feat. Jermaine ... | Jermaine Dupri | 3,910KB | Audio | The First Night (So So Def Remix F |
| BabyBoo@KaZaA | 98 Degrees - I Do (Cherish You).mp3 | 98 Degrees | 4,425KB | Audio | |
| BabyBoo@KaZaA | Backstreet Boys - I'll Never Break Your Heart.mp3 | Backstreet Boys | 4,396KB | Audio | Ill Neve |
| BabyBoo@KaZaA | blaque - bring it all to me.mp3 | Blaque | 5,105KB | Audio | |
| BabyBoo@KaZaA | New Kids On The Block - Please Don't Go Girl.mp3 | New Kids on the Block | 4,201KB | Audio | |
| BabyBoo@KaZaA | Kevin Little - Turn Me On (reggae mix).mp3 | Kevin Little | 6,071KB | Audio | Turn M |
| BabyBoo@KaZaA | My Baby (Feat. Jagged Edge).mp3 | Lil bow wow | 3,563KB | Audio | My Baby (F |
| BabyBoo@KaZaA | 3lw feat Nas - No More remix.mp3 | 3LW feat. Nas | 3,806KB | Audio | |
| BabyBoo@KaZaA | Fabolous - Make You Mine (1).mp3 | Fabolous feat Mike Shorey | 4,466KB | Audio | |
| BabyBoo@KaZaA | Mary J Ft. 50 Cent - Ooh (Remix).mp3 | Mary J. Blige | 2,669KB | Audio | Ooh |
| BabyBoo@KaZaA | Puff Dady-Ill Be Missing U.mp3 | Puff Daddy feat. Fait Eva... | 3,828KB | Audio | |
| BabyBoo@KaZaA | Missy - Oops Oh My (Remix).mp3 | Tweet ft. Fabolous, Mis... | 2,574KB | Audio | |
| BabyBoo@KaZaA | Brittany Spears - You Drive Me Crazy (Stop Mix).mp3 | Britney Spears | 3,123KB | Audio | |
| BabyBoo@KaZaA | 13-luml_dee_busta_rhymes_fabolous-uh_oh_(remix)-wcr.... | Lumidee ft. Fabolous, Bus... | 4,660KB | Audio | Ill N |
| BabyBoo@KaZaA | Nysnc-MerryChristmas,HappyHolidays.mp3 | Nsync | 2,978KB | Audio | Merry Christm |
| BabyBoo@KaZaA | ashanti - Unfoolish Remix Dirty.mp3 | Ashanti | 6,071KB | Audio | |
| BabyBoo@KaZaA | Mariah Carey - All I Want For Christmas Is You.mp3 | Mariah Carey | 3,772KB | Audio | All I Want F |
| BabyBoo@KaZaA | Ashanti- Rock With You (Remix).mp3 | Ashanti | 5,459KB | Audio | |

Found 456 files ... Users online sharing ... files ... Not sharing any files

Kazaa - [Search]

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BabyBoo@KaZaA | Ashanti- Rock With You (Remix).mp3 | Ashanti | 5,459KB | Audio |
| BabyBoo@KaZaA | H-Town - Knockin Da Boots.mp3 | H-Town | 5,162KB | Audio |
| BabyBoo@KaZaA | 2pac_ft_Biggie-Running-(Eminem_Mix)-hitemupcom.mp3 | Tupac and Biggie | 5,422KB | Audio |
| BabyBoo@KaZaA | LSG - My Body.mp3 | Keith Sweat | 3,856KB | Audio |
| BabyBoo@KaZaA | 02-Miss Independant.mp3 | Kelly Clarkson | 5,035KB | Audio |
| BabyBoo@KaZaA | G Unit - Stunt 101.mp3 | 50 Cent Ft. G Unit | 5,367KB | Audio |
| BabyBoo@KaZaA | NSYNC - Mix Tracks - I Drive Myself Crazy (JC Remix).mp3 | NSYNC | 4,688KB | Audio |
| BabyBoo@KaZaA | New Edition - I'm Still In Love With You.mp3 | New Edition | 4,368KB | Audio |
| BabyBoo@KaZaA | 15 Track 15.wma | A+ | 3,469KB | Audio |
| BabyBoo@KaZaA | Back Street Boys - All I Have To Give.mp3 | Backstreet Boys | 3,774KB | Audio |
| BabyBoo@KaZaA | Sean Paul ft Sasha - Im Still In Love With You.mp3 | Sean Paul ft Sasha | 6,401KB | Audio |
| BabyBoo@KaZaA | NSync - God Must Have Spent A Little More Time On You.m... | N'Sync | 4,399KB | Audio |
| BabyBoo@KaZaA | Jennifer Love Hewitt - How Do I Deal (2).mp3 | Jennifer Love Hewitt | 3,211KB | Audio |
| BabyBoo@KaZaA | Usher - You Got It Bad .mp3 | Usher | 5,859KB | Audio |
| BabyBoo@KaZaA | Boys II men - Hard to Say Goodbye (1).mp3 | rb love songs Slow Jams | 3,200KB | Audio |
| BabyBoo@KaZaA | N'Sync - Tearin' Up My Heart.mp3 | N'Sync | 4,465KB | Audio |
| BabyBoo@KaZaA | Foxy Brown (Broken Silence) - 17 - Saddest Day (ft Wayne... | Foxy Brown | 4,443KB | Audio |
| BabyBoo@KaZaA | rb love songs Babyface- Everytime I Close I Eyes.MP3 | Babyface | 4,656KB | Audio |
| BabyBoo@KaZaA | Brandy - Have You Ever.mp3 | Brandy | 4,257KB | Audio |
| BabyBoo@KaZaA | Brandy - Angel Of Mine.mp3 | Monica | 5,486KB | Audio |
| BabyBoo@KaZaA | Slow Jams=Tyreesa - Sweet Lady.mp3 | rb love songs Slow Jams | 4,568KB | Audio |
| BabyBoo@KaZaA | Kelly Clarkson - A Moment Like This (1) (1).mp3 | Kelly Clarkson | 3,808KB | Audio |
| BabyBoo@KaZaA | Heaven911[1].mpg | DJ Sammy | 3,751KB | Video |
| BabyBoo@KaZaA | DJ Encore - I See Right Through You (Vocal).mp3 | DJ Encore | 3,593KB | Audio |
| BabyBoo@KaZaA | Deborah Cox - I Never Knew (Hani Remix).mp3 | Debra Cox | 3,794KB | Audio |
| BabyBoo@KaZaA | deborah cox - Stranger In My House.mp3 | Debra Cox | 4,563KB | Audio |
| BabyBoo@KaZaA | P. Diddy - I Need A Girl (Part II).mp3 | P. Diddy w/ Ginuine/Loon | 3,271KB | Audio |
| BabyBoo@KaZaA | Britney Spears feat.mp3 | Britney Spears F/ Madonna | 5,270KB | Audio |
| BabyBoo@KaZaA | Lloyd Banks_Beyonce - Steppin it Hotta.mp3 | Beyonce Ft Lloyd Banks | 1,966KB | Audio |

Kazaa - [Search]

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| BabyBoo@KaZaA | Lloyd Banks_Beyonce - Steppin It Hotta.mp3 | Beyonce Ft Llyod Banks | 1,986KB | Audio | |
| BabyBoo@KaZaA | J. Lo_Nas - I'm Gonna Be Alright.mp3 | JLo f/ 50 Cent_Nas | 5,949KB | Audio | Im Gon |
| BabyBoo@KaZaA | Chingy- Holiday In.mp3 | Chingy | 7,373KB | Audio | Holidae Inn ft. Lu |
| BabyBoo@KaZaA | Lola_Damone-Baby_Baby_Baby_ft_Ashanti.mp3 | Lola Damone ft. Ashanti | 3,404KB | Audio | Bab |
| BabyBoo@KaZaA | TLC vs Sporty Thievz - No Scrub vs No Pigeons.mp3 | TLC vs Sporty Thievz | 3,424KB | Audio | No Sc |
| BabyBoo@KaZaA | Heaven911.mp3 | DJ Sammy | 3,751KB | Audio | |
| BabyBoo@KaZaA | Tevin Campbell - Can We Talk (1).mp3 | Tevin Campbell | 4,207KB | Audio | |
| BabyBoo@KaZaA | sean_paul_ft Busta Rhymes-Gimme The Light Remix.mp3 | Sean Paul feat. Busta Rh... | 3,127KB | Audio | Gim |
| BabyBoo@KaZaA | Britney - Me Against the Music (Bhangra ReMix).mp3 | Britney Spears Ft. Madon... | 4,258KB | Audio | Me |
| BabyBoo@KaZaA | Sean Paul feat. Fatman Scoop - Get Busy (Remix).mp3 | Sean Paul Ft Fatman Sco... | 6,063KB | Audio | |
| BabyBoo@KaZaA | rap Maria Carey- Fantasy.mp3 | Mariah Carey feat. ODB | 4,399KB | Audio | |
| BabyBoo@KaZaA | Tryese - why u wanna act like that.mp3 | Tyrese | 4,450KB | Audio | How You G |
| BabyBoo@KaZaA | The Pledge (Remix).mp3 | 2Pac/Ashanti/Ja Rule/Nas | 3,696KB | Audio | |
| BabyBoo@KaZaA | 18-fabolous-throw_back-wcr.mp3 | Fabolous | 5,286KB | Audio | |
| BabyBoo@KaZaA | Right Kind of Wrong.mp3 | LeeAnn Rimes | 3,656KB | Audio | The R |
| BabyBoo@KaZaA | Leanne Rhimes- How do I live.mp3 | Leann Rimes | 4,178KB | Audio | |
| BabyBoo@KaZaA | Selina (Jenifer Lopez) - Dreaming of You.mp3 | Selena | 4,304KB | Audio | |
| BabyBoo@KaZaA | Selena-I Could Fall in Love With You.mp3 | Selena | 4,395KB | Audio | I Could |
| BabyBoo@KaZaA | daughterr.mpg | daddy | 4,199KB | Video | Fill |
| BabyBoo@KaZaA | Xxx - teen hardcore orgies (1) (1).mpg | Porn | 3,725KB | Video | |
| BabyBoo@KaZaA | Blonde being ass raped and loving it.jpg | porn pics | 37KB | Image | egal- 19yr old blonde teen being |
| BabyBoo@KaZaA | Upskirt Teen Sexy Ass Panties (Snoopy213) 2 (1).mpg | Jenna Jameson | 2,200KB | Video | |
| BabyBoo@KaZaA | Rough sex with chinese girl.mpg | japanese | 1,976KB | Video | Asian - Very |
| BabyBoo@KaZaA | 1 Sex Fuck Porn Hardcore NICE and LONG 22CP (1) (1).mpg | hard core | 10,094KB | Video | Cheerlead |
| BabyBoo@KaZaA | Gigolo ft. R Kelly.mp3 | Nick Cannon | 5,426KB | Audio | |
| BabyBoo@KaZaA | Tevin Campbell - I'm Ready.mp3 | Tevin Campbell | 4,417KB | Audio | |
| BabyBoo@KaZaA | 3LW Feat. P. Diddy_Loon_I Do Remix.mp3 | 3LW feat. P.Diddy_Loon | 3,724KB | Audio | |
| BabyBoo@KaZaA | naughty by nature - Feels Good (F-3LW).mp3 | Naughty By Nature (feat.... | 3,489KB | Audio | |
| BabyBoo@KaZaA | Limite Pedo.mpg | Porn | 10,503KB | Video | |

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search field

| User | Filename | Artist | Size | Media Type | Title |
|---|---|---|---|---|---|
| BabyBoo@KaZaA | Limite Pedo.mpg | Porn | 10,503KB | Video | Tee |
| BabyBoo@KaZaA | Spy Cam - Screaming hot sex 1.mpeg | Sammie | 3,852KB | Video | Scr |
| BabyBoo@KaZaA | Monica - So Good.mp3 | Monica | 5,543KB | Audio | So G |
| BabyBoo@KaZaA | teens Suck Fuck Anal 3 of 3.wmv | Hard Core | 14,201KB | Video | web |
| BabyBoo@KaZaA | Amateur Voyeur Sex in Public (1).avi | Chasey Lain | 5,214KB | Video | Teacher Shows |
| BabyBoo@KaZaA | Candid Camera Lesbians Laundry room.avi | Sex Caught on Tape | 2,552KB | Video | Two college girls caught having s |
| BabyBoo@KaZaA | Original Paris Hilton Sex Tape.mpg | Paris Hilton | 29,334KB | Video | Paris Hilton Sex Tape |
| BabyBoo@KaZaA | 06 - Toxic (1).mp3 | Brittany Spears | 4,648KB | Audio | |
| BabyBoo@KaZaA | 06-g-unit-wanna_get_to_know_you-rns.mp3 | G-Unit | 6,213KB | Audio | Wann |
| BabyBoo@KaZaA | DJ Chill - RnB Rap Mix.mp3 | DJ Mixes | 6,396KB | Audio | 20 |
| BabyBoo@KaZaA | Tamia - Tell Me Who It Was.mp3 | Tamia | 3,398KB | Audio | |
| BabyBoo@KaZaA | Tamia - Falling For You.mp3 | Tamia | 4,856KB | Audio | |
| BabyBoo@KaZaA | DANCE,FREESTYLE,HOUSE,EURO,TRANCE,TECHNO - Tam... | Tamara | 3,886KB | Audio | Never Gonna |
| BabyBoo@KaZaA | Long Distance Love.mp3 | Tamia | 4,444KB | Audio | |
| BabyBoo@KaZaA | Can't No Man.mp3 | Tamia | 3,760KB | Audio | |
| BabyBoo@KaZaA | Tamia - Be Alright.mp3 | Tamia | 5,942KB | Audio | |
| BabyBoo@KaZaA | 09 - One Call Away (ft. JWeav).mp3 | Chingy | 4,327KB | Audio | One Call |
| BabyBoo@KaZaA | Thalia - 105 - Another girl.mp3 | Thalia | 5,318KB | Audio | |
| BabyBoo@KaZaA | RKelly_Hotel_clubRNB.mp3 | R.Kelly ft. Cassidy | 6,408KB | Audio | |
| BabyBoo@KaZaA | 01Mario Winans feat. P.mp3 | Mario Winans, Puffy | 5,567KB | Audio | |
| BabyBoo@KaZaA | Ruban Studdard - Im Sorry.mp3 | Ruben Studdard | 6,127KB | Audio | |
| BabyBoo@KaZaA | Mariah Carey ft Cameron - Boy (I Need You).mp3 | Mariah Carrey | 4,831KB | Audio | Boy (I Ne |
| BabyBoo@KaZaA | I dont want you back -eamon.mp3 | Eamon | 1,725KB | Audio | |
| BabyBoo@KaZaA | Keith Sweat - Nobody.mp3 | Keith Sweat | 3,969KB | Audio | |
| BabyBoo@KaZaA | TWISTED.mp3 | KIETH SWEAT | 4,242KB | Audio | |
| BabyBoo@KaZaA | 10-through_the_wire (1).mp3 | Kanye West | 6,379KB | Audio | |
| BabyBoo@KaZaA | Daydream-Tatiana Ali.mp3 | Tatyana | 3,767KB | Audio | |
| BabyBoo@KaZaA | Chingy - Right Thuur RMX.mp3 | 50 Cent ft. G-Unit | 2,848KB | Audio | |
| BabyBoo@KaZaA | 09-g-unit-footprints-rns.mp3 | G-Unit | 6,129KB | Audio | |

Kazaa - [Search]

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BabyBoo@KaZaA | 09-g-unit-footprints-rns.mp3 | G-Unit | 6,129KB | Audio |
| BabyBoo@KaZaA | 11 - Ride with ya.mp3 | Joe Ft. G Unit | 5,939KB | Audio |
| BabyBoo@KaZaA | Missy-Im Really Hot.mp3 | Missy Elliot | 6,813KB | Audio |
| BabyBoo@KaZaA | Maroon 5 - This Love (2).mp3 | Maroon 5 | 4,848KB | Audio |
| BabyBoo@KaZaA | slow jamz (1).mp3 | Twista ft. jamie fox | 4,813KB | Audio |
| BabyBoo@KaZaA | Bubba Sparxxx - Back In The Mud.mp3 | Bubba Sparxxx | 5,983KB | Audio |
| BabyBoo@KaZaA | F.ck You Right Back.mp3 | Frankee | 3,080KB | Audio |
| BabyBoo@KaZaA | 02 - g-unit - poppin' them thangs.mp3 | G-Unit | 5,647KB | Audio |
| BabyBoo@KaZaA | Lil' Flip - I Can Do That.mp3 | Lil Flip | 3,441KB | Audio |
| BabyBoo@KaZaA | Yeah.mp3 | Usher ft Lil' Jon Ludacris | 5,832KB | Audio |
| BabyBoo@KaZaA | On Fire.mp3 | Loyd Banks | 3,652KB | Audio |
| BabyBoo@KaZaA | Mariah Carey ft Jay Z_Freeway - You Got Me.mp3 | Mariah Carey ft Jay Z | 6,093KB | Audio |
| BabyBoo@KaZaA | SWV - Weak.mp3 | SWV | 4,606KB | Audio |
| BabyBoo@KaZaA | Jay-Z - Track 06.mp3 | Jay-Z | 3,839KB | Audio |
| BabyBoo@KaZaA | jessica simpson IN THIS SKIN take my breath away.mp3 | Jessica Simpson | 3,974KB | Audio |
| BabyBoo@KaZaA | Lil' Zane_112 - Callin' Me (Dirty Version).mp3 | 112 | 4,020KB | Audio |
| BabyBoo@KaZaA | rap-Outkast - Rosa Parks (Remix) (f. Eminem).mp3 | Outkast, Eminem, Dr. Dre | 3,732KB | Audio |
| BabyBoo@KaZaA | 50 Cent - Wanksta (Remix).mp3 | 50 Cent | 3,694KB | Audio |
| BabyBoo@KaZaA | Mobb Deep, 112 - Hey Love (1).mp3 | Mobb Deep | 3,084KB | Audio |
| BabyBoo@KaZaA | elelvator_1.mpg | Porno | 6,124KB | Video |
| BabyBoo@KaZaA | envy rb 6.mp3 | akon feat. styles p. | 5,107KB | Audio |
| BabyBoo@KaZaA | Track08.mp3 | lloyd feat. ashanti | 6,263KB | Audio |
| BabyBoo@KaZaA | Christina Millan- Dip It Low.mp3 | Christina Millan feat Fabol... | 3,640KB | Audio |
| BabyBoo@KaZaA | 05-jojo-leave_get_out.mp3 | jojo | 4,608KB | Audio |
| BabyBoo@KaZaA | Damita Jo Janet Jackson My Baby (Feat. Kanye West) 8 m... | Janet Jackson | 3,568KB | Audio |
| BabyBoo@KaZaA | sdfsdf.mp3 | Nina Sky Ft Angie Martinez | 5,924KB | Audio |
| BabyBoo@KaZaA | Hova Song.mp3 | Jay-Z | 3,802KB | Audio |
| BabyBoo@KaZaA | B2k -bada boom (1).mp3 | B2K Feat Fabolous | 5,195KB | Audio |
| BabyBoo@KaZaA | Fat Joe ft Remy Martin - Lean Back.mp3 | Fat Joe Feat. Remy Martin | 4,930KB | Audio |

Kazaa - [Search]

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| BabyBoo@KaZaA | Fat Joe ft Remy Martin - Lean Back.mp3 | Fat Joe Feat. Remy Martin | 4,930KB | Audio | |
| BabyBoo@KaZaA | Jojo - Not That Kinda Girl.wma | Jojo | 3,294KB | Audio | Ti |
| BabyBoo@KaZaA | 50 Cent - Tipsy (G-Unit Remix).wma | 50 Cent feat. Young Buck | 1,245KB | Audio | |
| BabyBoo@KaZaA | Spy Cam - Screaming hot sex.mpeg | Voyeur | 3,276KB | Video | Gau |
| BabyBoo@KaZaA | 003-ja_rule-mesmerize_feat_ashanti-( www.Mp3s.4-all.org.. | Ja Rule, Ashanti | 4,355KB | Audio | |
| BabyBoo@KaZaA | 06-mase-welcome_back-whoa.mp3 | Mase | 4,620KB | Audio | |
| BabyBoo@KaZaA | Twista ft 50 - Overnight Celebrity(remix).mp3 | Twista ft. 50 Cent | 4,746KB | Audio | Overnic |
| BabyBoo@KaZaA | !! llyod banks , game - fox freestyle.mp3 | DJ Whoo Kid | 2,037KB | Audio | |
| BabyBoo@KaZaA | Akon feat. G-Unit - ATL To NYC To LA.mp3 | Akon ft.G-unit | 4,626KB | Audio | |
| BabyBoo@KaZaA | Lloyd Banks feat. Fabolous - Killin Me.mp3 | Lloyd Banks Ft Fab | 6,047KB | Audio | |
| BabyBoo@KaZaA | Jay Z and Angie Martinez- Mi Amor.mp3 | Angie Martinez ft Jay-Z | 3,958KB | Audio | |
| BabyBoo@KaZaA | Banks - Motherfuckin' Star.mp3 | Lloyd Banks | 3,358KB | Audio | |
| BabyBoo@KaZaA | Secretary Fucks The Boss DVD Divx rip.wmv | Unknown | 2,639KB | Video | Secret |
| BabyBoo@KaZaA | Keyshia Cole ft. Alicia Keys - I Just Want It To Be Over.mp3 | T.I. | 5,675KB | Audio | I Just |
| BabyBoo@KaZaA | 01-shyne_ft_ashanti-jimmy_choo_(radio)-osn.mp3 | Shyne | 5,632KB | Audio | 01-shyne_ft_ashanti-jimm |
| BabyBoo@KaZaA | SWV - Your the one.mp3 | SWV | 4,378KB | Audio | |
| BabyBoo@KaZaA | Breakaway.mp3 | Kelly Clarkson | 5,654KB | Audio | |
| BabyBoo@KaZaA | 02 .mp3 | Fantasia Barrino | 5,139KB | Audio | |
| BabyBoo@KaZaA | Lil Romeo feat. Solange - True Love.mp3 | Lil Romeo feat. Solange | 3,600KB | Audio | |
| BabyBoo@KaZaA | 112 f. Mase - Love Me.mp3 | 112 f/ Mase | 2,069KB | Audio | |
| BabyBoo@KaZaA | Keyshia Cole - I Changed My Mind feat. Shyne.mp3 | Keyshia Cole | 3,733KB | Audio | I Change My |
| BabyBoo@KaZaA | 01-mya-my_love_is_like_wo-rns.mp3 | Mya | 4,911KB | Audio | |
| BabyBoo@KaZaA | 112 - Cupid.mp3 | 112 | 3,966KB | Audio | |
| BabyBoo@KaZaA | TI- U Don't Know Me.mp3 | T.I. | 5,505KB | Audio | you d |
| BabyBoo@KaZaA | Pussycat Dolls-Dont Cha.mp3 | The Pussycat Dolls | 5,994KB | Audio | Don't Cha (Feat. Bus |
| BabyBoo@KaZaA | Jennifer Lopez Ft1 Fat Joe-Hold You Down-Drx.mp3 | Jennifer Lopez Ft. Fat Joe | 4,518KB | Audio | |
| BabyBoo@KaZaA | RB - Peaches N Cream - Feat Jayz_Lil Kim.mp3 | 112 ft. Jay-z and Lil Kim | 3,634KB | Audio | Peache |
| BabyBoo@KaZaA | Jennifer Lopez ft. Don Omar - Hold You Down (Remix).mp3 | 3 | 3,844KB | Audio | Hold |
| BabyBoo@KaZaA | Az Yet - So In Love.mp3 | All 4 One | 3,358KB | Audio | |

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Search field

| User Name | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| BabyBoo@KaZaA | 06-mase-welcome_back-whoa.mp3 | Mase | 4,620KB | Audio | |
| BabyBoo@KaZaA | Twista ft 50 - Overnight Celebrity(remix).mp3 | Twista ft. 50 Cent | 4,746KB | Audio | Overn |
| BabyBoo@KaZaA | !! llyod banks , game - lox freestyle.mp3 | DJ Whoo Kid | 2,037KB | Audio | |
| BabyBoo@KaZaA | Akon feat. G-Unit - ATL To NYC To LA.mp3 | Akon ft. G-unit | 4,626KB | Audio | |
| BabyBoo@KaZaA | Lloyd Banks feat. Fabolous - Killin Me.mp3 | Lloyd Banks Ft Fab | 6,047KB | Audio | |
| BabyBoo@KaZaA | Jay Z and Angie Martinez- Mi Amor.mp3 | Angie Martinez ft Jay-Z | 3,953KB | Audio | |
| BabyBoo@KaZaA | Banks - Motherfuckin' Star.mp3 | Lloyd Banks | 3,358KB | Audio | |
| BabyBoo@KaZaA | Secretary Fucks The Boss DVD Divx rip.wmv | Unknown | 2,639KB | Video | Secret |
| BabyBoo@KaZaA | Keyshia Cole ft. Alicia Keys - I Just Want It To Be Over.mp3 | T.I. | 5,675KB | Audio | I Just |
| BabyBoo@KaZaA | 01-shyne_ft_ashanti-jimmy_choo_(radio)-osn.mp3 | Shyne | 5,832KB | Audio | 01-shyne_ft_ashanti-jimm |
| BabyBoo@KaZaA | SWV - Your the one.mp3 | SWV | 4,378KB | Audio | |
| BabyBoo@KaZaA | Breakaway.mp3 | Kelly Clarkson | 5,654KB | Audio | |
| BabyBoo@KaZaA | 02 .mp3 | Fantasia Barrino | 5,139KB | Audio | |
| BabyBoo@KaZaA | Lil' Romeo feat. Solange - True Love.mp3 | Lil' Romeo feat. Solange | 3,600KB | Audio | |
| BabyBoo@KaZaA | 112 f. Mase - Love Me.mp3 | 112 f/ Mase | 2,069KB | Audio | |
| BabyBoo@KaZaA | Keyshia Cole - I Changed My Mind feat. Shyne.mp3 | Keyshia Cole | 3,733KB | Audio | I Change My |
| BabyBoo@KaZaA | 01-mya-my_love_is_like_wo-rns.mp3 | Mya | 4,911KB | Audio | |
| BabyBoo@KaZaA | 112 - Cupid.mp3 | 112 | 3,966KB | Audio | |
| BabyBoo@KaZaA | TI- U Don't Know Me.mp3 | T.I. | 5,505KB | Audio | you'd |
| BabyBoo@KaZaA | Pussycat Dolls-Dont Cha.mp3 | The Pussycat Dolls | 5,994KB | Audio | Don't Cha (Feat. Bus |
| BabyBoo@KaZaA | Jennifer Lopez Ft1 Fat Joe-Hold You Down-Drx.mp3 | Jennifer Lopez Ft. Fat Joe | 4,518KB | Audio | |
| BabyBoo@KaZaA | RB - Peaches N Cream - Feat Jayz, Lil Kim.mp3 | 112 ft. Jay-z and Lil Kim | 3,634KB | Audio | Peaches |
| BabyBoo@KaZaA | Jennifer Lopez ft. Don Omar - Hold You Down (Remix).mp3 | 3 | 3,844KB | Audio | Hold |
| BabyBoo@KaZaA | Az Yet - So In Love.mp3 | All 4 One | 3,358KB | Audio | |
| BabyBoo@KaZaA | Case - Missing YYou.mp3 | Case | 4,463KB | Audio | |
| BabyBoo@KaZaA | Aaliyah_Jayz - I miss u.mp3 | Aaliyah Ft. Jay-Z | 5,568KB | Audio | |
| BabyBoo@KaZaA | Xcape- My ll Secret.mp3 | xscape_jd | 3,148KB | Audio | |
| BabyBoo@KaZaA | La La Teairra Mari (1).mp3 | Teairra Mari | 4,342KB | Audio | |
| BabyBoo@KaZaA | No Daddy (Remix) - Teairra Mari.mp3 | Teairra Mari | 4,673KB | Audio | No Daddy |

Found 495 files 2,188,527 users online, sharing 493,857,599 files (44,859,392 GB) Not sharing any files