UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware Corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general Partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br>Plaintiffs<br><br>v.<br><br>MARY MALIK<br>Defendant | CA No.: 06-515S |

DEFENDANT'S ANSWER

1. Defendant admits the allegations contained in paragraph 1 of the Plaintiffs' Complaint.

2. Defendant admits the allegations contained in paragraph 2 of the Plaintiffs' Complaint.

3. Defendant admits the allegations contained in paragraph 3 of the Plaintiffs' Complaint.

4. Defendant admits the allegations contained in paragraph 4 of the Plaintiffs' Complaint.

5. Defendant admits the allegations contained in paragraph 5 of the Plaintiffs' Complaint.

6. Defendant admits the allegations contained in paragraph 6 of the Plaintiffs' Complaint.

7. Defendant admits the allegations contained in paragraph 7 of the Plaintiffs' Complaint.

COUNT I

8. Defendant incorporates herein by reference her answers to the allegations contained in paragraphs 1 through 7.

9. Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 9 of Plaintiffs' Complaint and leaves to Plaintiffs proof of same.

10. Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 10 of Plaintiffs' Complaint and leaves to Plaintiffs proof of same.

11. Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 11 of Plaintiffs' Complaint and leaves to Plaintiffs proof of same. Defendant denies any infringement of Plaintiffs' copyrights or exclusive rights under copyright.

12. Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 12 of Plaintiffs' Complaint and leaves to Plaintiffs proof of same.

13. Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 13 of Plaintiffs' Complaint and leaves to Plaintiffs proof of same.

14. Defendant denies the allegations contained in paragraph 14 of Plaintiffs' Complaint.

15. Defendant denies the allegations contained in paragraph 15 of Plaintiffs' Complaint.

WHEREFORE your Defendant prays that the Plaintiffs' Complaint be denied and dismissed.

Respectfully submitted,

MARY MALIK
Defendant,
By her Attorneys,

/s/Robert E. Flaherty
Robert E. Flaherty, Esq. (#2313)
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI 02888
Tel.: (401) 781-7200
Fax: (401) 781-0110
E-Mail: ref.fllaw@yahoo.com

CERTIFICATION

I, the undersigned, hereby certify that on the 28th day of December, I did send a true copy of the within Defendant's Answer by electronic means (ECF) to:

James E. O'Neil, Esq.
jameseoneil@cox.net

/s/Robert E. Flaherty