**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UMG RECORDINGS, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 1:06-cv-00515-S-DLM |
| MARY MALIK, | ) | Judge William E. Smith |
| Defendant. | ) | |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE AND MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiffs UMG Recordings, *et al.*, ("Plaintiffs") by and through their undersigned counsel, respectfully move this court for an order dismissing this case with prejudice, each side to bear its own costs and fees. The parties have settled this dispute. As part of that settlement agreement, Plaintiffs agreed to file a motion to cause this dispute to be dismissed with prejudice, each side to bear its own costs and fees. Plaintiffs have attempted to reach counsel for defendant in order to obtain a stipulated motion for dismissal. To date, Plaintiffs have been unsuccessful. Thus, in order to finally conclude this case and remove it from this Court's docket, Plaintiffs move unilaterally to dismiss this case.

WHEREFORE, Plaintiffs respectfully move to dismiss this case with prejudice, each side to bear its own costs and fees.

A proposed order is attached for the convenience of the Court.

Respectfully Submitted,

Dated: March 23, 2007

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of March, 2007, a true and accurate copy of the foregoing was served upon the Defendant via United States Mail as follows:

Robert Flaherty
70 Jefferson Blv.
Warwick, RI 02888
*Attorney for Defendant*

/s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852