**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UMG RECORDINGS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 1:06-cv-00515-S-DLM |
| | ) | |
| MARY MALIK, | ) | Judge William E. Smith |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Dismiss With Prejudice, and the Court being duly appraised thereabout, Plaintiffs' motion is hereby GRANTED.

IT IS FURTHER ORDERED:

1. The case is dismissed WITH PREJUDICE.
2. Each side bears its own costs and fees.
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated this _______ day of _____________, 2007.

_______________________________
HONORABLE WILLIAM E. SMITH
UNITED STATES DISTRICT JUDGE